## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY GONZALEZ, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 11-3138 |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

**AND NOW**, this 24th day of October 2013, upon independent review of plaintiff's brief and statement of issues in support of request for review (Doc. No. 9), defendant's response to request for review of plaintiff (Doc. No. 10) and the administrative record, and after careful consideration of United States Magistrate Judge Carol Sandra Moore Wells's report and recommendation (Doc. No. 15), to which no objection was made, **IT IS HEREBY ORDERED** that:

1. The report and recommendation is **APPROVED and ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to plaintiff is **VACATED;** and

3. The matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with the magistrate judge's report.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.